# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-569-586**

Effective date of registration:

March 25, 2011

---

### Title
- **Title of Work:** The Divide

### Completion/Publication
- **Year of Completion:** 2010

### Author
- **Author:** R & D Film 1, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** R & D Film 1, LLC
  810 Superba Ave, Venice, CA 90291
- **Transfer Statement:** By written agreement

### Rights and Permissions
- **Name:** Ross Dinerstein
- **Email:** ross@preferredcontent.net   **Telephone:** 310-393-0707

### Certification
- **Name:** Ross Dinerstein
- **Date:** March 23, 2011

---

**Correspondence:** Yes

Exhibit A

Page 1 of 1