### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| R & D FILM 1, LLC        ) | |
| ) | CA. <u>1:12-cv-2895</u> |
| Plaintiff,        ) | |
| ) | Judge |
| v.        ) | |
| ) | |
| DOES 163-173        ) | |
| ) | |
| Defendants.        ) | |
| _____) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DOE 163

Now comes Plaintiff, R & D Film 1, LLC, ("Plaintiff"), by and through undersigned counsel and hereby respectfully notices this Honorable Court, of Plaintiff's dismissal as to Doe 163 and Doe 163 only, with prejudice, of her Complaint.

      Respectfully submitted,

      R & D FILM 1, LLC

      **/s/ Douglas Riddell**
      *Attorney for the Plaintiff*